ERNEST T. KUHS, Appellant, *v.* FLOWER CITY TISSUE MILLS COMPANY et al., Respondents, Impleaded with Others.

*Building contract — alleged breach in that character of earth to be excavated differed from description in specifications.*

*Kuhs* v. *Flower City Tissue Mills Co.*, 190 App. Div. 928, affirmed. (Argued June 9, 1921; decided July 14, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 27, 1920, modifying and affirming as modified a judgment entered upon a decision of the court on trial at Special Term dismissing plaintiff's second cause of action. The action was to foreclose a mechanic's lien. The complaint alleged two causes of action, one for a balance unpaid on a contract for the erection of a mill and the second for breach of the same contract in that it was represented that the excavation

required would be of earth and gravel while as a fact plaintiff did not find sufficient gravel on the site to do his work and found the excavations to be largely through hardpan.

*William W. Armstrong* for appellant.

*George A. Benton* for Flower City Tissue Mills Company, respondent.

*William MacFarlane* for Fred H. Rapp, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGHLIN and CRANE, JJ. Absent: ANDREWS, J. Deceased: CHASE, J.